IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRET N. BOGENSCHNEIDER,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                               14-cv-743-bbc

KIMBERLY CLARK GLOBAL SALES, LLC
and GODFREY & KAHN, S.C.,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

(1) granting Godfrey & Kahn, S.C.'s motion to dismiss; and

(2) granting summary judgment in favor of Kimberly Clark Global Sales, LLC

and dismissing this case.

      /s/                                               6/29/2015

Peter Oppeneer, Clerk of Court                      Date